**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JEANNINE L. SOMBERG, et al.,

    Plaintiffs,

v.                                                     Case No. 13-11810

UTICA COMMUNITY SCHOOLS,

    Defendants.
_____/

**ORDER TO PRESENT ADMINISTRATIVE RECORD**

In completing review of the parties' motions for judgment, the court has become aware that various portions of the administrative record have not been filed on the docket. The court made sufficiently clear in its order of February 3, 2015, that the court's review would be limited to the administrative record and not supplemented by additional discovery. (Dkt. # 19.) While both parties have attached to their respective briefs many of the relevant documents, or excerpts thereof, Plaintiffs have not filed a complete administrative record—that is, all the documents, exhibits, and testimony on which the state hearing officer might have relied in rendering her decision at the administrative-hearing stage, as well as any orders or opinions issued—for the court to review as a whole.

As such, IT IS ORDERED that Plaintiff will file UNDER SEAL the entire administrative record, even if some of it has already been filed, in pieces, in previous entries. Plaintiff must lodge with chambers a physical copy of the filed record in which

all documents and papers are preceded by a table of contents, and each document is physically tabbed corresponding to the designation in the table of contents.

IT IS FURTHER ORDERED that Plaintiff and Defendant will confer with each other to ensure the completeness of the administrative record to be filed on the docket, and Plaintiff will file a memorandum, signed by both parties, stipulating to its completeness.

Both the administrative record and the stipulation will be filed in electronic form, and lodged with chambers in physical form, no later than **5 p.m., March 15, 2016.**

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 8, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 8, 2016, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522