**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JEANNINE L. SOMBERG, et al.,

    Plaintiffs,

v.                                             Case No. 13-11810

UTICA COMMUNITY SCHOOLS,

    Defendants.
                                                      /

**ORDER REGARDING JOINT SUBMISSION OF FINDINGS OF FACT AND
CONCLUSIONS OF LAW**

In its pretrial Scheduling Order the court directed the parties to submit a joint document containing proposed findings of fact and conclusions of law by July 7, 2016. No such joint document has been filed.

On June 21, 2016 Plaintiffs filed a "Motion to Compel Good Faith Cooperation in the Preparation and Submission of JFPTO." (Dkt. # 43.) It is apparent from that motion and the response and reply later filed, (Dkt. ## 44, 46), that Plaintiffs' and Defendants' counsel point the finger at each other, alleging that various failures and delays on the part of the other have made filing the joint document impossible. The parties have left the court to piece together and reconcile the parties' conflicting proposed findings of fact and conclusions of law. The court declines to do this work for them.

The court will allow counsel to use the time allotted for the Final Pretrial Conference and the balance of that day, Thursday, July 14, 2016, to confer and draft the required document. Accordingly,

IT IS ORDERED that counsel shall arrive prepared to confer for as long as necessary to produce a document that complies with the court's Scheduling Order, (Dkt. # 36). Counsel may bring laptops to allow the document to be created by word processing.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  July 12, 2016


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 12, 2016, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522