**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

JEANNINE L. SOMBERG, and
JEANNINE L. SOMBERG o/b/o
DYLAN S. SOMBERG, and DYLAN
SOMBERG, individually,

       Plaintiffs,

v.                                    Case No. 13-11810

UTICA COMMUNITY SCHOOLS,

       Defendant.
_____/

**ORDER AMENDING SEPTEMBER 1, 2017 ORDER APPOINTING SPECIAL MASTER**

On September 1, 2017, the court entered an Order Appointing Special Master. After further review, and after consultation with the parties during a September 29, 2017, on-the-record status conference,

IT IS ORDERED that the court's September 1, 2017 Order (Dkt. # 103) is AMENDED on page three, paragraph three, so that the last line shall now read:

> Any ex parte conversation regarding substantive matters will be conducted either on the record or otherwise memorialized by the special master in order to permit appropriate review by the undersigned or the appellate courts.

(Doc. # 103, Pg ID 3748.)  The remaining portions of the order shall remain in effect.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: October 5, 2017


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 5, 2017, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522